

**We Want You Healthy.**
**Crystal Run Healthcare**
155 Crystal Run Road
Middletown, NY 10941
845-703-6999
www.crystalrunhealthcare.com

04/06/2020

To Whom It May Concern:

This letter is written at the request and with the permission of the patient, Gerard Scparta ▮▮▮▮▮▮▮. He is currently under my primary medical care. Given recent concerns with COVID-19 pandemic and due to his hypertension and other medical conditions, patient is at high risk for COVID.

If you require additional information please contact the office.

Sincerely,

Laura A. Nicoll MD