

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 14, 2020

**BY ECF & EMAIL**
The Honorable Alison J. Nathan
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: <u>United States</u> v. <u>Gerard Scparta</u>, S1 18 Cr. 578 (AJN)

Dear Judge Nathan:

    The Government writes to notify the Court that, a short time ago, FCI Butner staff informed the Government that the defendant Gerard Scparta has been approved for home confinement, and is scheduled to transfer to home confinement on April 30, 2020, after completion of a 14-day quarantine period.

                                           Respectfully submitted,

                                           GEOFFREY S. BERMAN
                                           United States Attorney

By: _____
      Sagar K. Ravi
      Assistant United States Attorney
      (212) 637-2195

cc: Joseph Mure, Jr., counsel for defendant Gerard Scparta