UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States

      –v–

Gerard Scparta,

      Defendant.

18-cr-578-01 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On April 8, 2020, Defendant filed an emergency motion for compassionate release. Dkt. No. 51. The Government submitted a reply on April 10, 2020. Dkt. No. 52. The Government addressed whether Defendant had exhausted his administrative remedies, but did not address whether Defendant is otherwise entitled to the relief he seeks. The Government shall file a letter, no later than 12 P.M. on April 14, 2020, responding to the following question: If the Court deems exhaustion waivable, or if the Bureau of Prisons' 30-day period to respond to Defendant's motion lapses, is he entitled to compassionate release under 18 U.S.C. § 3582(c)(1)(A)?

SO ORDERED.

Dated: April 13, 2020
      New York, New York

_____
ALISON J. NATHAN
United States District Judge