USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/16/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States

—v—

Gerard Scparta,

                    Defendant.

18-cr-578-01 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Scparta's request to conduct his 14-day quarantine at his home, and the Government's opposition to that request.  Dkt. Nos. 56, 57.

Mr. Scparta is directed to file a letter, no later than April 17, 2020 at 12 P.M., answering the following questions: Does this Court have legal authority to change the location in which the Bureau of Prisons quarantines Mr. Scparta?  If so, what statute or regulation confers that authority?

The Government is directed to file a letter, no later than April 17, 2020 at 5:00 P.M., answering the following questions: Under what conditions will Mr. Scparta be quarantined at FCI Butner? Are inmates tested for COVID-19 before or after they are placed in quarantine? While in quarantine, to what extent, if any, will Mr. Scparta be exposed to other inmates or prison staff?  The Government may also reply to Mr. Scparta's letter.

        SO ORDERED.

Dated:  April 16, 2020
        New York, New York

_____
ALISON J. NATHAN
United States District Judge